## LOUISVILLE & NASHVILLE R. R. CO. v. SHARP.

(Decided May 14, 1914.)

APPEAL from Montgomery Circuit Court.

Heard before Hon. W. W. PEARSON.

JONES, FOSTER & FIELDS, for appellant. No counsel marked for appellee.

Per curiam. Appeal dismissed on motion of appellant.

---

## LOVE, ET AL. v. LOVE, ET AL.

(Decided May 12, 1914.)

APPEAL from Autauga Chancery Court.

Heard before Hon. W. W. WHITESIDE.

GIPSON & BOOTH, for appellant. W. A. GUNTER, for appellee.

Per curiam. Dismissed on motion of appellant.

---

## McGOWIN v. SIMMONS.

(Decided June 9, 1914.)

APPEAL from Coffee Circuit Court.

Heard before Hon. H. A. PEARCE.

R. H. ARRINGTON and H. L. MARTIN, for appellant. C. W. SIMMONS, for appellee.

Per curiam. Appeal dismissed.